

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00016-CV

BILLY RAY DAVIS                                                        APPELLANT

V.

THE STATE OF TEXAS                                                      APPELLEE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On December 8, 2010, Appellant Billy Ray Davis filed a notice of appeal challenging the trial court's order to withdraw funds from his inmate trust account. Because we were unable to determine whether Appellant's rights to due process had been satisfied based on the record before us, we abated the appeal on March 3, 2011, for 180 days for Appellant to obtain an appealable order from the trial court with regard to the withdrawal of funds from Appellant's inmate trust

---

[1]*See* Tex. R. App. P. 47.4.

account.  *See Palomo v. State*, 322 S.W.3d 304, 307–08 (Tex. App.—Amarillo 2010, order), *disp. on merits*, Nos. 07-10-00181-CV, 07-10-00182-CV, 07-10-00183-CV, 2010 WL 5250874 (Tex. App.—Amarillo, no pet.) (abating appeal to allow appellant time to file an appropriate motion to modify, correct, or rescind the withdrawal notification and obtain from the trial court a final, appealable order addressing that motion); *see also* Tex. R. App. P. 27.2.

On September 21, 2011, we sent a letter to Appellant and his attorney informing them that the case had been reinstated, but no appealable order had been entered by the trial court.  We told Appellant and his counsel that if we did not receive a written, appealable order or a response from Appellant's counsel indicating that he would obtain an appealable order on or before October 3, 2011, the appeal would be dismissed for want of jurisdiction.

We have received no response from Appellant's counsel, and no appealable order has been filed in the trial court.  Because there is no appealable order for this court to review, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f); *Ramirez v. State*, 318 S.W.3d 906, 908 (Tex. App.—Waco 2010, no pet.) (dismissing appeal from a withdrawal notification after finding there was no appealable order).

LEE GABRIEL
JUSTICE

PANEL:  LIVINGSTON, C.J.; McCOY and GABRIEL, JJ.

DELIVERED:  November 3, 2011